UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-15-03 |
| Plaintiff, | Hon. Janet T. Neff<br>U.S. District Judge |
| v. | |
| JACQUELYN JOAN DUNN, | |
| Defendant. | |
| _____/ | |

## ORDER FOR DETENTION

Defendant Dunn appeared before the undersigned for an initial appearance and arraignment on an indictment charging her with conspiracy to distribute methamphetamine. For reasons stated on the record, Defense counsel reserved the issue of detention in this case and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: January 29, 2024            /s/ *Maarten Vermaat*
                                                    MAARTEN VERMAAT
                                                    U.S. MAGISTRATE JUDGE